# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Nancy W. Cooper

    Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                            3:05-cv-480

Jo Anne B. Barnhart,
Commissioner of Social Security

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 7, 2006 Order.

**Signed: September 7, 2006**

Frank G. Johns, Clerk
United States District Court