# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| NANCY W. COOPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL NO. 3:05CV480 |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

**THIS MATTER** is before the Court on Plaintiff's "Petition For Attorney's Fee and Costs" filed on December 13 (document #20). By Response, filed on December 19, 2006, Defendant advises that the Commissioner will not oppose an award of legal fees in the amount of $2,000.00, provided this is the only petition filed by Plaintiff in this case under 28 U.S.C. § 2412(d).

**NOW THEREFORE, IT IS ORDERED:**

1. Plaintiff's 'Petition For Attorney's Fees And Costs" (document #20) is **GRANTED**, that is, counsel for Plaintiff shall be paid the sum of $2,000.00.

2. No additional petition pursuant to 28 U.S.C. § 2412(d) shall be filed.

3. The Clerk is directed to serve copies of this Order to counsel for the parties.

**SO ORDERED**.

Signed: December 19, 2006

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge